UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UPSTATE NEW YORK CARPENTERS
PENSION FUND, EMPIRE STATE
CARPENTERS WELFARE, ANNUITY &
APPRENTICE TRAINING FUNDS, EMPIRE
STATE REGIONAL COUNCIL OF
CARPENTERS, REGION 3 and CARPENTERS
LOCAL NO. 747,

      Plaintiffs,

  vs.               CIVIL NO.  5:07-cv-325 (GTS/GJD)

J. PRIORE CONSTRUCTION CO., INC.,
JOSEPH A. PRIORE and COLONIAL
SURETY COMPANY,

      Defendants.

_____

Appearances:          Of Counsel:

SLEVIN, HART LAW FIRM      CHRISTOPHER J. SCHULTE, ESQ.
 *Counsel for Plaintiffs*
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C. 20036

GETNICK, LIVINGSTON LAW FIRM   LOUIS P. GIGLIOTTI, ESQ.
 *Counsel for Defendants*     JOSEPH A. DETRAGLIA, ESQ.
258 Genesee Street, Suite 401
Utica, New York 13502

GLENN T. SUDDABY, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

  The Court having been advised by counsel that the parties in this action have

entered into an agreement in settlement of all claims in this action, and that they

reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules

of Civil Procedure.  Counsel has also advised that no infant or incompetent is a party to this action.  Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.  It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within sixty (60) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within sixty (60) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall serve copies of this Judgment  upon the attorneys for the parties appearing in this action.


Dated: November 2, 2009
      Syracuse, New York



Hon. Glenn T. Suddaby
U.S. District Judge